IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 5:24-bk-00172-MJC |
| Dyann Daylida | : Chapter 13 |
| | : Judge Mark J. Conway |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| PNC Bank, National Association | : |
| Movant, | : |
| vs | : |
| Dyann Daylida | : |
| Jack N. Zaharopoulos | : |
| Respondents. | : |

## ORDER

Upon consideration of the Certification of Default filed by PNC Bank, National Association ("Creditor"), Doc. 65, Debtor's Objection thereto, Doc. 66, and the subsequent withdrawal thereof, Doc. 68, it is hereby

**ORDERED, ADJUDGED AND DECREED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 563 Orchard St., Warrior Run Boro, PA 18706-1119, and more particularly described in the Mortgage, recorded January 14, 2009, at Mortgage Book Volume 3009, Page 7408.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 21, 2025