# Notice Recipients

District/Off: 0314–5          User: AutoDocketer          Date Created: 10/22/2025

Case: 5:24–bk–00172–MJC          Form ID: pdf010          Total: 4

**Recipients of Notice of Electronic Filing:**

ust          United States Trustee          ustpregion03.ha.ecf@usdoj.gov
tr          Jack N Zaharopoulos          info@pamd13trustee.com
aty          John Fisher          johnvfisher@yahoo.com

                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr          Luzerne County Tax Claim Bureau          200 North River Street          Wilkes–Barre, PA 18711

                                                                    TOTAL: 1